**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-6017

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

JAMES ELMER GROSS, SR., a/k/a Stink,

Defendant - Appellant.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Julie R. Rubin, District Judge.  (1:02-cr-00201-JRR-1)

Submitted:  September 25, 2025                           Decided:  September 29, 2025

Before GREGORY and WYNN, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

James Elmer Gross, Sr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Elmer Gross, Sr., appeals the district court's order denying his motion for compassionate release. We have reviewed the record and find no abuse of discretion in the district court's denial of Gross's motion. *See United States v. Brown*, 78 F.4th 122, 127 (4th Cir. 2023) (providing standard). Accordingly, we affirm the district court's order. *United States v. Gross*, No. 1:02-cr-00201-JRR-1 (D. Md. Dec. 18, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*